No. 75–5990.  LIPSMAN *v.* GIARDINO.  C. A. 2d Cir. Application for stay, presented to MR. JUSTICE BRENNAN, and by him referred to the Court, denied.  Certiorari denied.

No. 75–139.  ROSE, WARDEN *v.* HODGES ET AL., *ante,* p. 19;

No. 75–406.  WUNNICKE ET AL. *v.* UNITED STATES, *ante,* p. 1033;

No. 75–415.  PORTLAND CEMENT ASSN. *v.* TRAIN, ADMINISTRATOR, ENVIRONMENTAL PROTECTION AGENCY, ET AL., *ante,* p. 1025;

No. 75–5154.  SAM *v.* MISSISSIPPI, *ante,* p. 1018;

No. 75–5348.  LAZUR *v.* BROAD MOUNTAIN CLUB, INC., *ante,* p. 1020;

No. 75–5587.  HECKSTALL *v.* DISTRICT OF COLUMBIA, *ante,* p. 1023;

No. 75–5666.  HARRIS *v.* NEW YORK, *ante,* p. 1036; and

No. 75–5671.  McLAUGHLIN *v.* VINZANT, CORRECTIONAL SUPERINTENDENT, *ante,* p. 1037.  Petitions for rehearing denied.  MR. JUSTICE STEVENS took no part in the consideration or decision of these petitions.